

# COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

## NO. 2-10-170-CV

PERFORMANCE TRAILERS, INC.                                          APPELLANT

V.

LAURA PICKERING, INDIVIDUALLY,                                      APPELLEES
VIRGIL PICKERING, INDIVIDUALLY,
AND KATHY LEA PICKERING AS
INDEPENDENT EXECUTRIX OF
THE ESTATE OF RICKEY CHARLES
PICKERING, DECEASED

----------

FROM THE 17TH DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]  AND JUDGMENT

----------

We have considered "Appellant Performance Trailers, Inc.'s Unopposed Motion To Dismiss Appeal."  It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal.  *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

---

[1]*See* Tex. R. App. P. 47.4.

Costs of the appeal shall be paid by appellant, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL:   GABRIEL, DAUPHINOT, and WALKER, JJ.

DELIVERED:   September 30, 2010